# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 12, 2012 |
| Court Reporter: Janet Coppock | Time: 27 minutes |
| Probation Officer: Gary Kruck | Interpreter: Melinda Gonzalez-Hibner |

## CASE NO.  12-CR-00027-PAB

Parties                                             Counsel

**UNITED STATES OF AMERICA,**          Mark Barrett

          Plaintiff,

vs.

**ALEJANDRO SILVA-GARCIA,**            Brian Leedy

          Defendant.

## CHANGE OF PLEA

**11:07 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
12-CR-00027-PAB
October 12, 2012

Court and counsel address defendant's objections to the presentence investigation report.

**ORDERED:** Unopposed Motion for a One Level Downward Variance in Exchange for Appeal Waiver (Doc #24) is **GRANTED.**

Mr. Leedy addresses sentencing.

Mr. Barrett addresses sentencing.

Court states its findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **April 20, 2012** to count **1 of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **15** months.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** No fine is imposed because the defendant does not have the ability to pay a fine.

**ORDERED:** Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecutions.

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney.   Any notice of appeal must be filed within 14 days.

Page Three
12-CR-00027-PAB
October 12, 2012


**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**11:34 a.m.   COURT IN RECESS**

**Total in court time:        27 minutes**

**Hearing concluded**